UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DERRICK U. DENNIS, on behalf of himself and all
others similarly situated

              Plaintiffs,

              v.

VONAGE HOLDINGS CORP.,

              Defendant.
------------------------------------------------------------x

Civ. No.: 1:19-cv-04340-GBD

**SO ORDERED**

DEC 3 0 2019

*/s/ George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Derrick U. Dennis, and Defendant Vonage Holdings Corp. hereby stipulate and agree that this action and all claims and defenses asserted herein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses relating thereto.

Dated: December 24, 2019

So Ordered: _____

*/s/ Jonathan Shalom*

Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
105-13 Metropolitan Avenue
Forest Hills, New York  11375
(718) 971-9474
Jshalom@JonathanShalomLaw.com
*Attorney for Plaintiff Derrick U. Dennis*

*/s/ Gary D. Friedman*

Gary D. Friedman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
gary.friedman@weil.com
*Attorney for Defendant Vonage Holdings Corp.*